IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-1234-AP

Ricky Weeks,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcomb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone: (303) 534-1954
Fax: (303) 534-1949
joe@RMDLG.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed**: 5/10/13

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office**: 7/8/13

    **C.**    **Date Answer and Administrative Record Were Filed**: 9/5/13

**4.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

This case was previously remanded on August 29, 2012, by District Judge John L. Kane. The case number was 1:12-cv-644-AP.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due**: 11/4/13

    **B.**    **Defendant's Response Brief Due**: 12/4/13

    **C.**    **Plaintiff's Reply Brief (If Any) Due**: 12/19/13

## 9. STATEMENTS REGARDING ORAL ARGUMENT

   A.   **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B.   **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

   *Indicate below the parties' consent choice.*

   A.   **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 26th day of September, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

                John F. Walsh
                United States Attorney

s/ Joseph A. Whitcomb                 **By:** s/ *David I. Blower*
Rocky Mountain Disability Law Group    Special Assistant U.S. Attorney
1391 Speer Blvd., Suite 705              1001 17th Street
Denver, CO 80204                        Denver, CO 80202
Telephone: (303) 534-1954             303-844-1571
Fax: (303) 534-1949                    303-844-0770 (facsimile)
joe@RMDLG.com                       David.blower@ssa.gov
Attorneys for Plaintiff                   Attorneys for Defendant